```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 11312
    SIGMUND FICEK
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-1186


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 03/28/2005 and was confirmed 08/08/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  35.33% from remaining funds.

     The case was paid in full 04/14/2008.
------------------------------------------------------------------------------
CREDITOR NAME                  CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                 PAID          PAID
------------------------------------------------------------------------------
NCO FINANCIAL SYSTEMS IN  UNSECURED       2736.23            .00        966.79
RMA                       NOTICE ONLY    NOT FILED           .00           .00
ASSET ACCEPTANCE CORP     UNSECURED       4962.81            .00       1753.51
BLITT & GAINES            NOTICE ONLY    NOT FILED           .00           .00
FIRST CARD                NOTICE ONLY    NOT FILED           .00           .00
ASSET ACCEPTANCE CORP     UNSECURED       3731.06            .00       1318.30
BLITT & GAINES            NOTICE ONLY    NOT FILED           .00           .00
RETAILERS NATIONAL BANK   NOTICE ONLY    NOT FILED           .00           .00
BANK OF AMERICA NA        UNSECURED      NOT FILED           .00           .00
CAPITAL ONE               UNSECURED       3639.80            .00       1286.05
NCO FINANCIAL SYSTEMS IN  NOTICE ONLY    NOT FILED           .00           .00
SMC                       UNSECURED OTH   906.03             .00        320.22
CARSON PIRIE SCOTT        NOTICE ONLY    NOT FILED           .00           .00
CHASE MANHATTAN BANK      UNSECURED       7486.12            .00       2645.07
CHASE MANHATTAN BANK      NOTICE ONLY    NOT FILED           .00           .00
SMART 975/CHASE BANK      UNSECURED       5243.55            .00       1852.70
GREAT LAKES COLLECTION B  NOTICE ONLY    NOT FILED           .00           .00
CITIBANK                  UNSECURED      NOT FILED           .00           .00
CITIBANK                  NOTICE ONLY    NOT FILED           .00           .00
FIRST NATL BANK OMAHA     UNSECURED      NOT FILED           .00           .00
GREAT/HOUSEHOLD BANK      UNSECURED       1682.74            .00        594.56
COMMERCIAL FINANCIAL SER  NOTICE ONLY    NOT FILED           .00           .00
JC PENNEY                 UNSECURED      NOT FILED           .00           .00
MITCHELL N KAY            NOTICE ONLY    NOT FILED           .00           .00
PEOPLES GAS LIGHT & COKE  UNSECURED           .00            .00           .00
SEARS                     UNSECURED      NOT FILED           .00           .00
CBUSA SEARS               NOTICE ONLY    NOT FILED           .00           .00
RMA                       NOTICE ONLY    NOT FILED           .00           .00
ILLINOIS DEPT OF REVENUE  FILED LATE      480.60             .00           .00
ILLINOIS DEPT OF REVENUE  FILED LATE      247.98             .00           .00
LEDFORD & WU              DEBTOR ATTY    2,025.00                      2,025.00
TOM VAUGHN                TRUSTEE                                        737.80

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 11312 SIGMUND FICEK
```

```
DEBTOR REFUND            REFUND                                      187.50

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 13,687.50

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                       10,737.20
ADMINISTRATIVE                                   2,025.00
TRUSTEE COMPENSATION                               737.80
DEBTOR REFUND                                      187.50
                        ---------------       ---------------
TOTALS                  13,687.50               13,687.50
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 10/16/08              _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                           PAGE   2
          CASE NO. 05 B 11312 SIGMUND FICEK